**2**

D. Randall Ensminger, SBN: 202371
ENSMINGER LAW OFFICES, PC
570 5th Street
Lincoln, CA 95648
916-434-0220 Telephone
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No.: **18-23460** |
|---|---|
| | DC No. MRG-1 |
| GREGORY ROGER BORGERSON<br>CHERIE MARQUEZ BORGERSON<br><br>Debtor. | **DEBTORS' REPLY TO SECURED CREDITOR DEUTSCHE BANK'S OBJECTION TO CHAPTER 13 PLAN**<br><br>Date:　August 7, 2018<br>Time:　2:00 p.m.<br>Place:　501 I Street, 6th Floor, Courtroom 33<br>　　　　Sacramento, CA |

COME NOW Debtors GREGORY ROGER BORGERSON and CHERIE MARQUEZ BORGERSON, by and through their attorney, D. Randall Ensminger and hereby reply to secured creditor Deutsche Bank's Objection to Chapter 13 Plan for the following reasons.

1. Debtors have been seeking a loan modification on their home loan from secured creditor Deutsche Bank that would not change their regular contracted monthly payment but rather only seeks to capitalize the arrearages that had built up in the past as a result of reduced household income. The Debtors' combined household income is now adequate to allow Debtors to afford to make the contracted monthly payment in the amount of $1,027.19 to Movant and the monthly

contracted payment to Ocwen on the first Deed of Trust in the amount of $1,692.01. The requested loan modifications do not seek reductions of the principal balances or reduced interest rates on the loans. Rather they seek only that the two secured lenders agree to add the current arrearages on to the end of the loan.

2. The short term temporary changes to the contractual payment terms included in this provisional plan do not amount to material modifications and therefore are within this Court's power to confirm.

3. Debtors are current on all required Plan Payments and have the income to make each $3,090 monthly plan payment to the Chapter 13 Trustee on time while the lenders give fair consideration to the Debtors' modification request.

WHEREFORE, the Debtors respectfully request that the Court overrule the Objection to Plan and allow it to go into force.

Dated this 31st day of July, 2018.

　　　　　　　　　　　　　　　　　　　　 /s/ D. Randall Ensminger　　　　　　　　
　　　　　　　　　　　　　　　　　　　　D. RANDALL ENSMINGER
　　　　　　　　　　　　　　　　　　　　Attorney for Debtors

2